# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Laura A. Landy**                                              Case No.   **26-21910**

                                   Debtor(s)                   Chapter   **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Laura A. Landy** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☑   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **July 22, 2026**                          Signature   **/s/ Laura A. Landy**

                                                            **Laura A. Landy**

                                                            Debtor